dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-193-CV

DESA HEATING, LLC APPELLANT

V.

KBK FINANCIAL, INC., HEARTLAND APPELLEES

U.S.A., L.L.C., SAM L. DRYER, U.S. 

PRODUCTS, INC., AND AMERICAN 

CABINET MANUFACTURING, L.L.C.

AND

AMERICAN CABINET MANUFACTURING, APPELLANTS

L.L.C. AND HEARTLAND U.S.A., L.L.C.

V.

KBK FINANCIAL, INC. AND DESA HEATING, LLC APPELLEES

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1)
----------

We have considered “DESA Heating, LLC’s Motion To Dismiss Appeal As To KBK Financial, Inc.”  

The motion is 
GRANTED
.  Appellant DESA Heating, LLC’s appeal as to appellee KBK Financial, Inc. is dismissed.  The appeal of DESA Heating, LLC shall hereafter be styled “DESA Heating, LLC v. Heartland U.S.A., L.L.C., Sam L. Dryer, U.S. Products, Inc., and American Cabinet Manufacturing, L.L.C.”

PER CURIAM

PANEL A:  CAYCE, C.J.; LIVINGSTON and MCCOY, JJ.

DELIVERED:  August 16, 2007

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.